IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
OCT 18 2001
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ENTERED
OCT 1 200

| | |
|---|---|
| BURLEE SCARBROUGH, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN EARNEST L. HARRELSON, )<br>STATE OF ALABAMA, HONORABLE )<br>EDDIE HARDAWAY, COMMISSIONER )<br>MIKE HANLEY, and THE ATTORNEY )<br>GENERAL FOR THE STATE OF )<br>ALABAMA, )<br>)<br>Respondents. ) | CIVIL ACTION NO. 00-PT-2243-W |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this 18 day of October, 2001.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

10